UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 1:12-cv-12241-IT |
| LEONARD MOTON, | * | |
| Respondent. | * | |

ORDER

March 12, 2015

TALWANI, D.J.

As set forth at the status conference held on March 11, 2015 in the above-referenced case, the court orders that the Bureau of Prisons (BOP) propose a conditional release plan to the Court, pursuant to 18 U.S.C. § 4246(e)(2), by April 15, 2015, and that a hearing shall be held on April 29, 2015 at 2 p.m. The court further orders that, in the event that a conditional release plan is not timely filed, a representative of FMC Devens shall attend the April 29, 2015 hearing. FMC Devens may seek relief from this order for good cause by motion after April 15, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge