# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 12-cv-12241-IT |
| | * | |
| **LEONARD MOTON,** | * | |
| | * | |
| Respondent. | * | |

## ORDER

### October 29, 2015

**TALWANI, D.J.**

A Status Conference will be held in November 23, 2015, at 2:30 p.m., in Courtroom 9 on the third floor of the John Joseph Moakley United States Courthouse in Boston, Massachusetts. In advance of the Status Conference, the United States shall continue to provide weekly reports to Respondent and the court regarding the social worker's efforts to find a placement for Respondent

IT IS SO ORDERED.                                                /s/ Indira Talwani
                                                                            United States District Judge